**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NICOLE ZUNIGA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **JOHNNY L. EDSON, TRUCKMOVERS** | § | |
| **INTERNATIONAL, INC.,** | § | |
| **TRUCKMOVERS.COM, INC.,** | § | **CIVIL CASE NO. 5:22-CV-00440** |
| **DEALER'S CHOICE TRUCKAWAY** | § | |
| **SYSTEM, INC., INDIVIDUALLY AND** | § | |
| **DBA TRUCKMOVERS AND** | § | |
| **TRUCKMOVERS, INDIVIDUALLY,** | § | |
| *Defendants.* | § | **JURY REQUESTED** |

## INDEX OF STATE COURT PAPERS

1. Plaintiff's Original Petition and Jury Demand

2. Plaintiff's First Amended Original Petition and Jury Demand

3. Return of Service – Dealer's Choice Truckaway System, Inc., Individually and dba Truckmovers

4. Return of Service – Truckmovers

5. Return of Service – Truckmovers.com, Inc.

6. Defendants' Original Answer

7. Notice of Hearing on Defendants' Special Exceptions

8. Amended Notice of Hearing on Defendants' Special Exceptions

9. Texas Transportation Commission Chairman's Certificate

10. Return of Service – Johnny L. Edson

11. Plaintiff's Second Amended Original Petition and Jury Demand

12. Defendant, Johnny L. Edson's Original Answer

# EXHIBIT A

**407th District Court**

# Case Summary

**Case No. 2021CI17775**

| | | |
|---|---|---|
| **Nicole Zuniga VS Johnny L Edson ET AL** | § | Location |
| | § | **407th District Court** |
| | § | Judicial Officer |
| | § | **407th, District Court** |
| | § | Filed on |
| | § | **08/27/2021** |

---

## Case Information

Case Type: MOTOR VEHICLE ACCIDENT

Case Status: **08/27/2021   Pending**

---

## Assignment Information

**Current Case Assignment**

Case Number     2021CI17775
Court           407th District Court
Date Assigned   08/27/2021
Judicial Officer  407th, District Court

---

## Party Information

*Lead Attorneys*

| **Plaintiff** | **Zuniga, Nicole** | **KARAM JR, AIZAR J** *Retained* |
|---|---|---|
| **Defendant** | **DEALER'S CHOICE TRUCKAWAY SYSTEM INC** | **KEMBLE, BENJAMIN G** *Retained* |
| | **Edson, Johnny L** | **KEMBLE, BENJAMIN G** *Retained* |

**TRUCKMOVERS**                                    **KEMBLE, BENJAMIN G**
                                                   *Retained*

**Truckmovers International, inc.**                **KEMBLE, BENJAMIN G**
                                                   *Retained*

**TRUCKMOVERS.COM INC**                            **KEMBLE, BENJAMIN G**
                                                   *Retained*

---

## Events and Orders of the Court

08/27/2021    New Cases Filed (OCA)

08/27/2021    PETITION

09/08/2021    **Citation**
              Edson, Johnny L
              Served: 04/05/2022
              Truckmovers International, inc.
              Unserved

01/10/2022    FIRST AMENDED PETITION

01/14/2022    **Citation**
              TRUCKMOVERS.COM INC
              Served: 02/09/2022
              DEALER'S CHOICE TRUCKAWAY SYSTEM INC
              Served: 02/09/2022
              TRUCKMOVERS
              Served: 02/09/2022

02/23/2022    RETURN OF SERVICE - SUCCESSFUL
                 *TRUCKMOVERS.COM INC*

02/23/2022
RETURN OF SERVICE - SUCCESSFUL
   *DEALER'S CHOICE TRUCKAWAY SYSTEM INC INDIVIDUALLY AND DBA TRUCKMOVERS*

02/23/2022    RETURN OF SERVICE - SUCCESSFUL
                 *TRUCKMOVERS*

03/04/2022
ORIGINAL ANSWER OF
   *TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE*
   *TRUCKAWAY SYSTEM, INC., Individually and DBA TRUCKMOVERS and TRUCKMOVERS*

03/11/2022    NOTICE OF HEARING
              *ON Special Exceptions*

03/14/2022    NOTICE OF HEARING
              *ON Special Exceptions*

03/23/2022    **SETTING ON SPECIAL EXCEPTIONS**   (8:30 AM)
              03/17/2022 Reset by Court to 03/23/2022

03/29/2022    CERTIFICATE OF
              *J Bruce Bugg Jr, Texas Transportation Commission Chairman*

04/07/2022    RETURN OF SERVICE - SUCCESSFUL
              *JOHNNY LEDSON*

04/07/2022    SECOND AMENDED PETITION
              *Original*

04/27/2022    ORIGINAL ANSWER OF
              *JOHNNY L EDSON*

# EXHIBIT 1

FILED
8/27/2021 4:01 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Consuelo Gomez

Case 5:22-cv-00440-JKP-RBF    Document 1-1    Filed 05/06/22    Page 6 of 60

**2 CITS PPS W/JD**

## 2021CI17775

CAUSE NO.:

| | | |
|---|---|---|
| **NICOLE ZUNIGA** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | Bexar County - 407th District Court |
| **vs.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **JOHNNY L. EDSON AND** | § | |
| **TRUCKMOVERS INTERNATIONAL, INC.** | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NICOLE ZUNIGA, Plaintiff in the above-entitled and numbered cause, complaining of and against JOHNNY L. EDSON and TRUCKMOVERS INTERNATIONAL, INC., Defendants herein, and for cause of action would respectfully show unto the Court the following:

### I. DISCOVERY PLAN

Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

### II. PARTIES

Plaintiff Nicole Zuniga is an individual who resides in Bexar County, Texas.

Defendant Johnny L. Edson is an individual who resides in Muskogee County, Oklahoma and can be served at 2325 Boston, Muskogee, OK 74401 or wherever he may be found.

Defendant Truckmovers International, Inc. is a company doing business in the State of Texas and can be served by serving their registered agent, L. Thomas Duvall, 15617 US Highway N 83, Laredo, Texas 78045.

### III. VENUE

Plaintiffs would show the Court that venue over this proceeding is proper in Bexar County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code Ann. Section 15.002(1) because all or a substantial part of the events giving rise to the claim occurred in Bexar County, Texas.

### IV. BACKGROUND FACTS

On or about January 16, 2020, Plaintiff was traveling northbound on Interstate Highway 35 near Walzem Road when traffic came to a stop.  Defendant Johnny L. Edson was also traveling northbound on Interstate Highway 35 directly behind Plaintiff.  Defendant failed to control his speed and violently struck Plaintiff's vehicle sending her vehicle forward crashing into the vehicle in front of her. As a result of the collision, Plaintiff sustained severe injuries and suffered damages.

### V. CAUSES OF ACTION

Defendant Truckmovers International, Inc. is vicariously liable for the conduct of its driver, Defendant Johnny L. Edson, under the doctrine of agency and/or respondeat superior because at the time of the subject collision, the tractor driver was in the course and scope of his employment with Defendant Truckmovers International, Inc., and/or under the theory of non-delegable duty because said tractor driver was an employee, either by contract or as a matter of law, pursuant to the Federal Motor Vehicle Safety Regulations (FMCSR) and the Texas equivalent, and for whose conduct Defendant Truckmovers International, Inc. is responsible.

Furthermore, Defendant Truckmovers International, Inc. was negligent because it entrusted its tractor to its driver when it knew, or in the exercise of due care, should have known, that the tractor driver was an incompetent and/or unfit driver, thus creating an

unreasonable risk of danger to persons and properties on the public streets and highways of Texas.

Furthermore, Defendant Truckmovers International, Inc. was negligent because it hired, and/or retained its driver when it knew, or in the exercise of due care, should have known that its driver was an incompetent and unfit driver. In this regard this defendant failed to properly vet and train this driver prior to placing him behind the wheel of one of its vehicles.

Furthermore, Defendant Truckmovers International, Inc. was negligent because it failed to adequately, and/or properly train, supervise, and/or monitor its driver.

Defendant Truckmovers International, Inc. as the holder of a U.S. DOT number and an authorization to operate its vehicles under the authority of federal and state law, is subject to the rules and regulations imposed by federal law and the laws of the state of Texas which govern the operation of commercial vehicles, including the vehicle being operated on the occasion of the crash which injured Plaintiff. As the holder of a commercial drivers' license (CDL), Defendants were subject to the rules and requirements imposed by federal and state law which place a higher burden of care on holders of CDLs. Defendants were in violation of federal and state laws which govern the operation of commercial vehicles.

Each of the aforementioned acts or omissions of Defendant Truckmovers International, Inc. constituted a proximate cause of the collision and of the resulting damages and injuries to Plaintiff.

Defendant Johnny L. Edson, on the occasion in question, was negligent or negligent per se in that he operated the subject tractor in a manner for which damages and injuries to Plaintiff were foreseeable. Specifically, this Defendant:

a.  failed to control his speed;

b.  failed to keep a proper lookout;

c.  failed to timely apply his brakes; and

d.  failed to maintain proper control of his vehicle; failed to turn his vehicle to avoid the collision.

Defendant's breach of duty proximately caused injury to Plaintiff, which resulted in Plaintiff's damages as set out below.

## VI. CONTRIBUTORY NEGLIGENCE

Plaintiff would show that nothing that she did, or failed to do, in any way contributed to this collision.

## VII. DAMAGES

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer personal injuries.  As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

1.  Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

2.  Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.  Physical pain and suffering in the past;

4.      Physical pain and suffering in the future;

5.      Mental anguish in the past;

6.      Mental anguish in the future;

7.      Physical impairment in the past and future;

8.      Loss of use;

9.      Property damage; and

10.     All other elements of damages that may be shown at the trial of this cause.

### VIII. REQUEST FOR JURY TRIAL

Concurrent with the filing of this Original Petition, Plaintiff has applied for trial by jury and has tendered the appropriate jury fee required by TEX. R. CIV. P. 216.

### IX. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that Defendants be cited to appear and answer herein and that upon a final trial of this cause, Plaintiff recovers judgment against Defendants for Plaintiff's injuries and damages as set forth above; interest on said judgment at the highest legal rate from date of judgment; pre-judgment interest on Plaintiff's damages at the highest legal rate; and, such other and further relief, whether at law or in equity, to which Plaintiff may show herself justly entitled to receive.

Respectfully submitted,

**KARAM LAW FIRM**

By: _____

       Aizar J. Karam, Jr.
       State Bar No. 00796860
       1722 Pecan Avenue
       McAllen, Texas 78501
       Telephone: (956) 630-5700
       Facsimile: (956) 630-5702
       akaram@karamlawfirm.com
       **COUNSEL FOR PLAINTIFF**

EXHIBIT 2

FILED
1/10/2022 5:24 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Brenda Carrillo
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF    Document 1-1    Filed 05/06/22    Page 13 of 60

3 citpps

**CAUSE NO.: 2021CI17775**

| | | |
|---|---|---|
| **NICOLE ZUNIGA** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **407th JUDICIAL DISTRICT** |
| | § | |
| **JOHNNY L. EDSON,** | § | |
| **TRUCKMOVERS INTERNATIONAL, INC.,** | § | |
| **TRUCKMOVERS.COM, INC., DEALER'S** | § | |
| **CHOICE TRUCKAWAY SYSTEM, INC.,** | § | |
| **INDIVIDUALLY AND DBA TRUCKMOVERS** | § | |
| **AND TRUCKMOVERS, INDIVIDUALLY** | § | **BEXAR COUNTY, TEXAS** |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NICOLE ZUNIGA, Plaintiff in the above-entitled and numbered cause, complaining of and against JOHNNY L. EDSON, TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY, Defendants herein, and for cause of action would respectfully show unto the Court the following:

### I. DISCOVERY PLAN

Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

### II. PARTIES

Plaintiff Nicole Zuniga is an individual who resides in Bexar County, Texas.

Defendant Johnny L. Edson is an individual who resides in Muskogee County, Oklahoma

Copy from re:SearchTX

and can be served at 2325 Boston, Muskogee, OK 74401 or wherever he may be found. A citation has been issued herein and the Texas Department of Transportation has been provided with a copy (confirmed receipt) of Plaintiff's Original Petition for service of process.

Defendant Truckmovers International, Inc. is a company doing business in the State of Texas and can be served at their principal office in Texas by serving their registered agent, L. Thomas Duvall, 15617 US Highway N 83, Laredo, Texas 78045.  A citation has been issued herein and service of process has been initiated.

Defendant Truckmovers.Com, Inc. is a company doing business in the State of Texas with its principal office in the State of Missouri, and can be served by serving their registered agent, L. Thomas Duvall, 2310 S. Redwood Ave., Independence, MO 64057-2410.

Defendant Dealer's Choice Truckaway System, Inc., Individually and doing business as Truckmovers is a company doing business in the State of Texas with its principal office in the State of Missouri, and can be served by serving their registered agent, L. Thomas Duvall, 2310 S. Redwood Ave., Independence, MO 64057-2410.

Defendant Truckmovers is a company doing business in the State of Texas with its principal office in the State of Missouri, and can be served by serving their registered agent, L. Thomas Duvall, 2310 S. Redwood Ave., Independence, MO 64057-2410.

### III. VENUE

Plaintiffs would show the Court that venue over this proceeding is proper in Bexar County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code Ann. Section 15.002(1) because all or a substantial part of the events giving rise to the claim occurred in Bexar County, Texas.

Copy from re:SearchTX

## IV. BACKGROUND FACTS

On or about January 16, 2020, Plaintiff was traveling northbound on Interstate Highway 35 near Walzem Road when traffic came to a stop.  Defendant Johnny L. Edson was also traveling northbound on Interstate Highway 35 directly behind Plaintiff.  Defendant failed to control his speed and violently struck Plaintiff's vehicle sending her vehicle forward crashing into the vehicle in front of her. As a result of the collision, Plaintiff sustained severe injuries and suffered damages.

## V. CAUSES OF ACTION

Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY are vicariously liable for the conduct of their driver, Defendant Johnny L. Edson, under the doctrine of agency and/or respondeat superior because at the time of the subject collision, the tractor driver was in the course and scope of his employment with TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY and/or under the theory of non-delegable duty because said tractor driver was an employee, either by contract or as a matter of law, pursuant to the Federal Motor Vehicle Safety Regulations (FMCSR) and the Texas equivalent, and for whose conduct Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY are responsible.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS

Copy from re:SearchTX

AND TRUCKMOVERS INDIVIDUALLY were negligent because they entrusted their tractor to their driver when they knew, or in the exercise of due care, should have known, that the tractor driver was an incompetent and/or unfit driver, thus creating an unreasonable risk of danger to persons and properties on the public streets and highways of Texas.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY were negligent because they hired, and/or retained their driver when they knew, or in the exercise of due care, should have known that their driver was an incompetent and unfit driver. In this regard these defendants failed to properly vet and train this driver prior to placing him behind the wheel of one of their vehicles.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY were negligent because they failed to adequately, and/or properly train, supervise, and/or monitor their driver.

Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY as the holder of a U.S. DOT number and an authorization to operate their vehicles under the authority of federal and state law, is subject to the rules and regulations imposed by federal law and the laws of the state of Texas which govern the operation of commercial vehicles, including the vehicle being operated on the occasion of the crash which injured Plaintiff. As the holder of a commercial drivers' license (CDL), Defendants were subject to the rules and requirements imposed by federal and state law which place a

Copy from re:SearchTX

higher burden of care on holders of CDLs. Defendants were in violation of federal and state laws which govern the operation of commercial vehicles.

Each of the aforementioned acts or omissions of Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS INDIVIDUALLY constituted a proximate cause of the collision and of the resulting damages and injuries to Plaintiff.

Defendant Johnny L. Edson, on the occasion in question, was negligent or negligent per se in that he operated the subject tractor in a manner for which damages and injuries to Plaintiff were foreseeable. Specifically, this Defendant:

a.  failed to control his speed;

b.  failed to keep a proper lookout;

c.  failed to timely apply his brakes; and

d.  failed to maintain proper control of his vehicle; failed to turn his vehicle to avoid the collision.

Defendant's breach of duty proximately caused injury to Plaintiff, which resulted in Plaintiff's damages as set out below.

### VI. CONTRIBUTORY NEGLIGENCE

Plaintiff would show that nothing that she did, or failed to do, in any way contributed to this collision.

### VII. DAMAGES

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer personal injuries.  As a direct and proximate result of the occurrence made

Copy from re:SearchTX

the basis of this lawsuit, Plaintiff has incurred the following damages:

1.  Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

2.  Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.  Physical pain and suffering in the past;

4.  Physical pain and suffering in the future;

5.  Mental anguish in the past;

6.  Mental anguish in the future;

7.  Physical impairment in the past and future;

8.  Loss of use;

9.  Property damage; and

10. All other elements of damages that may be shown at the trial of this cause.

## VIII. REQUEST FOR JURY TRIAL

Concurrent with the filing of this First Amended Original Petition, Plaintiff has applied for trial by jury and has tendered the appropriate jury fee required by TEX. R. CIV. P. 216.

## IX. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that Defendants be cited to appear and answer herein and that upon a final trial of this cause, Plaintiff recovers judgment against Defendants for Plaintiff's injuries and damages as set forth above; interest on said judgment at the highest legal rate from date of judgment; pre-judgment interest on Plaintiff's damages at the highest legal rate; and, such other and further relief, whether at law or in

Copy from re:SearchTX

equity, to which Plaintiff may show herself justly entitled to receive.

Respectfully submitted,

**KARAM LAW FIRM**

By: _____

Aizar J. Karam, Jr.
State Bar No. 00796860
1722 Pecan Avenue
McAllen, Texas 78501
Telephone: (956) 630-5700
Facsimile: (956) 630-5702
akaram@karamlawfirm.com
**COUNSEL FOR PLAINTIFF**

Copy from re:SearchTX

# EXHIBIT 3

FILED
2/23/2022 9:09 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 21 of 60



PRIVATE PROCESS

**Case Number:  2021CI17775**

Nicole Zuniga VS Johnny L Edson ET AL            IN THE **407TH DISTRICT COURT**
(Note: Attached Document May Contain Additional        BEXAR COUNTY, TEXAS
Litigants)

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **DEALER'S CHOICE TRUCKAWAY SYSTEM INC INDIVIDUALLY
AND DBA TRUCKMOVERS
BY SERVING ITS REGISTERED AGENT L. THOMAS DUVALL**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND** was filed **on this the 10th day of January, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 14th day of January, 2022.

**AIZAR J KARAM JR**                      **Mary Angie Garcia**
**ATTORNEY FOR PLAINTIFF**                **Bexar County District Clerk**
**1722 PECAN AVE**                        **101 W. Nueva, Suite 217**
**MCALLEN TX 78501-7874**



San Antonio, Texas 78205
By: /s/ Annabelle Kung
Annabelle Kung, Deputy

---

NICOLE ZUNIGA VS JOHNNY L EDSON ET AL          Case Number: 2021CI17775
                                               407th District Court

**Officer's Return**

I received this CITATION on the ___8___ day of ___Feb___, 20_22_ at_5 __ o'clock _P_ M. and (_✓_) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND the date of delivery endorsed on it to the defendant _Dealer Choice Truck Way_ ~~in person~~ on the ___9___ day of ___Feb___, 20_22_ at _____ o'clock ____ M. at _2316 S. Redwood Ave_ or ( ) not executed because _____

Fees: _____ Badge/PPS #: _P32 2249_  Date certification expires: ___8-31-22___
                                                                    _____, County,
Texas            _Certified mail_
                                           BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
_____

                                           NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _JOE MORENO_, my date of birth is _8/50_, and my
address is _2134 Van Buren 78539_  _Hidalgo_ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Jackson_ County, State
of Texas, on the ___9___ day of ___Feb___, A.D., _2022_.
MO.
                                           _Joe Moreno_
                                                                              **Declarant**

Copy from re:SearchTX

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dmeek* 5702 C19 ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2/2/22 |
| 1. Article Addressed to:<br><br>**DEALERS CROICE TRUCKAWAY**<br>**SYSTEM INC.**<br>**c/o L. Thomas Duvall**<br>**2310 S. Redwood Ave.**<br>**Independence, MO64057** | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7268 1284 7191 44 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ‖ Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0950 0001 5121 4569 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

EXHIBIT 4

FILED
2/23/2022 9:09 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF    Document 1-1    Filed 05/06/22    Page 24 of 60



PRIVATE PROCESS

Case Number:  2021CI17775

Nicole Zuniga VS Johnny L Edson ET AL                                IN THE **407TH DISTRICT COURT**
(Note: Attached Document May Contain Additional                BEXAR COUNTY, TEXAS
Litigants)

**CITATION**

"THE STATE OF TEXAS"

Directed To:    **TRUCKMOVERS**
                        **BY SERVING ITS REGISTERED AGENT L. THOMAS DUVALL**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND** was filed **on this the 10th day of January, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 14th day of January, 2022.

**AIZAR J KARAM JR**                                                        **Mary Angie Garcia**
**ATTORNEY FOR PLAINTIFF**                                        **Bexar County District Clerk**
**1722 PECAN AVE**                                                        101 W. Nueva, Suite 217
**MCALLEN TX  78501-7874**
                                                                                    San Antonio, Texas 78205
                                                                                    By: /s/ Annabelle Kung
                                                                                    Annabelle Kung, Deputy

---

NICOLE ZUNIGA VS JOHNNY L EDSON ET AL                          Case Number: 2021CI17775
                                                                                           407th District Court

**Officer's Return**

I received this CITATION on the ___ 8 ___ day of ___ Feb ___, 20 _22_ at ___ 5:00 ___ o'clock __P__ M. and (✓ executed it by delivering a copy of the CITATION with attached PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND the date of delivery endorsed on it to the defendant _3310 S Redwood Ave_ in person on the ___ 9 ___ day of ___ Feb ___, 20 _22_ at _____ o'clock ___ M. at _Truck Motors c/o_ or ( ) not executed because _____.
Fees: _L. Thomas Duvall_ Badge/PPS #: _2244_    Date certification expires: _8-31-22_

                                                                                                          _____, County,
Texas

                                                     BY: _Joe Morris_ _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

                                                                        **NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _Joe Morris_____, my date of birth is _8/50_____, and my
address is _2137 Van Time 78539  Hidalgo_ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Jackson_____ County, State
of Texas on the ___ 9 ___ day of ___ Feb ___, A.D., _2022_.
Mo

                                                                        _Joe Morris_ _____
                                                                                                                **Declarant**

Copy from re:SearchTX

2·9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRUCKMOVERS
c/o L. Thomas Duvall
2310 S. Redwood Ave.
Independence, MO  64057

9590 9402 6800 1074 9342 62

2. Article Number (Transfer from service label)

7021 0950 0001 5121 4545

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ) Meek 5702 CA    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 2/16/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Copy from re:SearchTX

# EXHIBIT 5

FILED
2/23/2022 9:09 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court



PRIVATE PROCESS

**Case Number: 2021CI17775**

Nicole Zuniga VS Johnny L Edson ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **407TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **TRUCKMOVERS.COM INC**
             **BY SERVING ITS REGISTERED AGENT L. THOMAS DUVALL**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND** was filed **on this the 10th day of January, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 14th day of January, 2022.

**AIZAR J KARAM JR**
**ATTORNEY FOR PLAINTIFF**
**1722 PECAN AVE**
**MCALLEN TX 78501-7874**



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Annabelle Kung
Annabelle Kung, Deputy

---

**NICOLE ZUNIGA VS JOHNNY L EDSON ET AL**

Case Number: 2021CI17775
407th District Court

**Officer's Return**

I received this CITATION on the _9_ day of _Jul_, 20 _22_ at _3:00_ o'clock _P_ M. and I executed it by delivering a copy of the CITATION with attached PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND JURY DEMAND the date of delivery endorsed on it to the defendant _TruckMover.Com Inc_ in person on the _9_ day of _Jul_, 20 _22_ at _____ o'clock ____ M. at _2325 Redwood Ave_ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _2249_ Date certification expires: _8-31-22_

_____ County,
Texas

BY: _Joe Moreno_

_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _Joe Moreno_, my date of birth is _8/50_, and my address is _2137 Van Jessie Edinburg Tx Hidalgo_ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Jackson_ County, State of Texas, on the _8_ day of _Jul_, A.D. _2022_.
MO.

_Joe Moreno_

**Declarant**

Copy from re:SearchTX

2 9

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>TRUCKMOVERS.COM INC.<br>c/o L. Thomas Duvall<br>2310 S. Redwood Ave.<br>Independence, MO  64057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ... Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

9590 9402 6800 1074 9342 79

2. Article Number (Transfer from service label)
7021 0950 0001 5121 4552

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

Copy from re:SearchTX

# EXHIBIT 6

FILED
3/4/2022 2:37 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF    Document 1-1    Filed 05/06/22    Page 30 of 60

## CAUSE NO. 2021-CI-17775

| | | |
|---|---|---|
| NICOLE ZUNIGA, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | 407TH JUDICIAL DISTRICT COURT |
| JOHNNY L. EDSON, TRUCKMOVERS | § | |
| INTERNATIONAL, INC., | § | |
| TRUCKMOVERS.COM, INC., | § | |
| DEALER'S CHOICE TRUCKAWAY | § | |
| SYSTEM, INC., INDIVIDUALLY AND | § | |
| DBA TRUCKMOVERS AND | § | |
| TRUCKMOVERS, INDIVIDUALLY, | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

COME NOW Defendants, **TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., Individually and DBA TRUCKMOVERS and TRUCKMOVERS, Individually** ("Defendants"), and file this Original Answer in response to Plaintiff's First Amended Original Petition and Jury Demand, and any subsequent petitions, and respectfully shows the Court the following:

## GENERAL DENIAL

1.      As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendants assert a general denial and request the Court require Plaintiff to prove the charges and allegations against Defendants by a preponderance of the evidence as required by the Constitution and laws of the State of Texas.

## SPECIAL EXCEPTIONS

2.      Defendants specially except to Plaintiff's First Amended Petition as she failed to plead a claim for relief under Texas Rule of Civil Procedure 47. Accordingly, Plaintiff may not conduct any discovery until amendment to comply with the Rule.

3.      Defendants specially except to Plaintiff's First Amended Petition as she failed to specify a maximum amount of damages sought under Texas Rule of Civil Procedure 47

4.      Defendants specially except to Plaintiff's Original Petition as *Truckmovers International, Inc.* is the improperly named party. Dealer's Choice Truckaway System, Inc. d/b/a Truckmovers.com is the proper party.

## AFFIRMATIVE DEFENSES

5.      Without assuming the burden of proof as to the following (other than any burden imposed by law), Defendants further assert:

6.      Defendants request that Plaintiff's recovery of medical or health care expenses, if any, be limited to the amount actually paid or incurred by or on behalf of the Plaintiff.  Tex. Civ. Prac. & Rem. Code § 41.0105.

## REQUEST FOR JURY TRIAL

7.      Defendants respectfully request a trial by jury.

## DESIGNATED E-SERVICE EMAIL ADDRESS

8.      The following are the undersigned attorneys' designated E-Service email addresses for all e-served documents and notices, filed and unfiled, pursuant to Texas Rule of Civil Procedure 21(f)(2) and 21a: benjamin.kemble@akerman.com and taylor.beaver@akerman.com.  This is the undersigned's only E-Service email addresses, and service through any other email address will be considered invalid.

## PRAYER

WHEREFORE,   PREMISES   CONSIDERED,   Defendants,   **TRUCKMOVERS INTERNATIONAL,   INC.,   TRUCKMOVERS.COM,   INC.,   DEALER'S   CHOICE TRUCKAWAY   SYSTEM,   INC.,   Individually   and   DBA   TRUCKMOVERS   and TRUCKMOVERS, Individually,** pray that that Plaintiff take nothing by this suit and Defendants

recover their costs and such other and further relief to which Defendants may show themselves justly entitled.

Respectfully submitted,

**AKERMAN, L.L.P.**

By: */s/ Benjamin G. Kemble*
Benjamin G. Kemble
State Bar No. 24050864
benjamin.kemble@akerman.com
Taylor R. Beaver
State Bar No. 24092101
taylor.beaver@akerman.com
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
(210) 582-0220 (Phone)
(210) 582-0231 (Fax)
**ATTORNEYS FOR DEFENDANTS
TRUCKMOVERS INTERNATIONAL,
INC., TRUCKMOVERS.COM, INC.,
DEALER'S CHOICE TRUCKAWAY
SYSTEM, INC., INDIVIDUALLY AND
DBA TRUCKMOVERS AND
TRUCKMOVERS, INDIVIDUALLY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys of record by e-service on this 4th day of March, 2022:

Aizar J. Karam, Jr.
KARAM LAW FIRM
1722 Pecan Avenue
McAllen, Texas  7851
Facsimile:  956-630-5702
akaram@karamlawfirm.com

*/s / Benjamin G. Kemble*
Benjamin G. Kemble

# EXHIBIT 7

FILED
3/11/2022 10:50 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Edward Flores
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 34 of 60

## CAUSE NO. 2021-CI-17775

| | | |
|---|---|---|
| **NICOLE ZUNIGA,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **407TH JUDICIAL DISTRICT COURT** |
| **JOHNNY L. EDSON, TRUCKMOVERS** | § | |
| **INTERNATIONAL, INC.,** | § | |
| **TRUCKMOVERS.COM, INC.,** | § | |
| **DEALER'S CHOICE TRUCKAWAY** | § | |
| **SYSTEM, INC., INDIVIDUALLY AND** | § | |
| **DBA TRUCKMOVERS AND** | § | |
| **TRUCKMOVERS, INDIVIDUALLY,** | § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that *Defendants' Special Exceptions* is hereby set for hearing on

**Thursday, March 17, 2022, at 8:30 a.m**., in the Presiding District Court (Room 1.09) located at

the Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas  78205.

**YOU MUST PARTICIPATE IN THE HEARING BY LOGGING ON TO ZOOM OR BY APPEARING IN PERSON AT THE COURTHOUSE.**

**TO APPEAR BY ZOOM:** At the designated time above, log on to the Presiding Court Zoom using this link: https://zoom.us/my/bexarpresidingcourtzoom. Alternatively, log on to the Presiding Court Zoom using meeting ID is 917-895-6796. If you are unable to log on with a computer or smart device, you can call the Zoom telephone access number for Presiding Court at 1 (346) 248-7799. You will need to input the Presiding Court Zoom access code: 917-895-6796. However, calling in is not recommended by the court.

**TO APPEAR IN PERSON:** At the designated time above, report in-person to the Presiding District Courtroom (Room 1.09) located at the Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas, 78205. If you appear in person and plan to introduce documents and evidence during your hearing, you must be prepared to share them on Zoom using a personal computer or smart device equipped with a wireless modem or air card and Zoom app or Zoom software installed. Wi-Fi access may not be available at court.

1.      The link to Presiding Court Zoom:
        https://zoom.us/my/bexarpresidingcourtzoom.

2.      The Zoom telephone access number for Presiding Court:
        **Meeting ID:  917-895-6796**.

3.    The Zoom telephone access number of Presiding Court:
      **Telephone access number:  1-346-248-7799**.

4.    Time Announcement for this hearing: 20 minutes.

5.    Telephone numbers and email addresses for all counsel of record; no self-
      represented litigants:

      <u>**ATTORNEYS FOR PLAINTIFF, NICOLE ZUNIGA:**</u>
      Mr. Aizar J. Karam, Jr.              akaram@karamlawfirm.com
      Telephone:  956-630-5702

      <u>**ATTORNEYS FOR DEFENDANTS, TRUCKMOVERS INTERNATIONAL,
      INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY
      SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND
      TRUCKMOVERS, INDIVIDUALLY**</u>:
      Mr. Benjamin G. Kemble              benjamin.kemble@akerman.com
      Ms. Taylor Beaver                   taylor.beaver@akerman.com
      Telephone:  210-582-0220

6.    Defendants hereby announce ready.

7.    No interpreter is not needed/required for this hearing.

8.    No witnesses will be called.

9.    There will be a total of approximately three (3) participants on this call.

10.   A record is required for this hearing.

                              Respectfully submitted,

3/11/2022

                              **AKERMAN, L.L.P.**

                              By: */s/ Benjamin G. Kemble*_____
                              Benjamin G. Kemble
                              State Bar No. 24050864
                              benjamin.kemble@akerman.com
                              Taylor Beaver
                              State Bar No. 24092101
Laura Salinas                 taylor.beaver@akerman.com
Presiding Judge               112 E. Pecan Street, Suite 2750
166th District Court          San Antonio, Texas 78205
Bexar County, Texas           (210) 582-0220 – Telephone
                              (210) 582-0231 – Facsimile
                              **ATTORNEYS FOR DEFENDANTS**

**TRUCKMOVERS INTERNATIONAL, INC.,
TRUCKMOVERS.COM, INC., DEALER'S
CHOICE TRUCKAWAY SYSTEM, INC.,
INDIVIDUALLY AND DBA TRUCKMOVERS
AND TRUCKMOVERS, INDIVIDUALLY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys of record by e-service on this 11th day of March, 2022:

Mr. Aizar J. Karam, Jr.
KARAM LAW FIRM
1722 Pecan Avenue
McAllen, Texas  7851
Facsimile:  956-630-5702
akaram@karamlawfirm.com

*/s / Benjamin G. Kemble*
Benjamin G. Kemble

# EXHIBIT 8

FILED
3/14/2022 9:32 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Edward Flores
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 38 of 60

## CAUSE NO. 2021-CI-17775

| | | |
|---|---|---|
| **NICOLE ZUNIGA,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **407TH JUDICIAL DISTRICT COURT** |
| **JOHNNY L. EDSON, TRUCKMOVERS** | § | |
| **INTERNATIONAL, INC.,** | § | |
| **TRUCKMOVERS.COM, INC.,** | § | |
| **DEALER'S CHOICE TRUCKAWAY** | § | |
| **SYSTEM, INC., INDIVIDUALLY AND** | § | |
| **DBA TRUCKMOVERS AND** | § | |
| **TRUCKMOVERS, INDIVIDUALLY,** | § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that *Defendants' Special Exceptions* is hereby **reset** for hearing

on **Wednesday, March 23, 2022, at 8:30 a.m.**, in the Presiding District Court (Room 1.09) located

at the Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas 78205.

**YOU MUST PARTICIPATE IN THE HEARING BY LOGGING ON TO ZOOM OR BY APPEARING IN PERSON AT THE COURTHOUSE.**

**TO APPEAR BY ZOOM:** At the designated time above, log on to the Presiding Court Zoom using this link: https://zoom.us/my/bexarpresidingcourtzoom. Alternatively, log on to the Presiding Court Zoom using meeting ID is 917-895-6796. If you are unable to log on with a computer or smart device, you can call the Zoom telephone access number for Presiding Court at 1 (346) 248-7799. You will need to input the Presiding Court Zoom access code: 917-895-6796. However, calling in is not recommended by the court.

**TO APPEAR IN PERSON:** At the designated time above, report in-person to the Presiding District Courtroom (Room 1.09) located at the Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas, 78205. If you appear in person and plan to introduce documents and evidence during your hearing, you must be prepared to share them on Zoom using a personal computer or smart device equipped with a wireless modem or air card and Zoom app or Zoom software installed. Wi-Fi access may not be available at court.

1.   The link to Presiding Court Zoom:
     https://zoom.us/my/bexarpresidingcourtzoom.

2.   The Zoom telephone access number for Presiding Court:
     **Meeting ID: 917-895-6796**.

3.      The Zoom telephone access number of Presiding Court:
        **Telephone access number:  1-346-248-7799**.

4.      Time Announcement for this hearing: 20 minutes.

5.      Telephone numbers and email addresses for all counsel of record; no self-represented litigants:

        **<u>ATTORNEYS FOR PLAINTIFF, NICOLE ZUNIGA:</u>**
        Mr. Aizar J. Karam, Jr.                           akaram@karamlawfirm.com
        Telephone:  956-630-5702

        **<u>ATTORNEYS FOR DEFENDANTS, TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS, INDIVIDUALLY</u>**:
        Mr. Benjamin G. Kemble                     benjamin.kemble@akerman.com
        Ms. Taylor Beaver                               taylor.beaver@akerman.com
        Telephone:  210-582-0220

6.      Defendants hereby announce ready.

7.      No interpreter is not needed/required for this hearing.

8.      No witnesses will be called.

9.      There will be a total of approximately three (3) participants on this call.

10.     A record is required for this hearing.

                                              Respectfully submitted,

3/14/2022

                                              **AKERMAN, L.L.P.**

                                              By: */s/ Benjamin G. Kemble*_____
Laura Salinas                                 Benjamin G. Kemble
Presiding Judge                               State Bar No. 24050864
166th District Court                          benjamin.kemble@akerman.com
Bexar County, Texas                           Taylor Beaver
                                              State Bar No. 24092101
                                              taylor.beaver@akerman.com
                                              112 E. Pecan Street, Suite 2750
                                              San Antonio, Texas 78205
                                              (210) 582-0220 – Telephone
                                              (210) 582-0231 – Facsimile
                                              **ATTORNEYS FOR DEFENDANTS**

**TRUCKMOVERS INTERNATIONAL, INC.,
TRUCKMOVERS.COM, INC., DEALER'S
CHOICE TRUCKAWAY SYSTEM, INC.,
INDIVIDUALLY AND DBA TRUCKMOVERS
AND TRUCKMOVERS, INDIVIDUALLY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys of record by e-service on this 14th day of March, 2022:

Mr. Aizar J. Karam, Jr.
KARAM LAW FIRM
1722 Pecan Avenue
McAllen, Texas  7851
Facsimile:  956-630-5702
akaram@karamlawfirm.com

*/s / Benjamin G. Kemble*
Benjamin G. Kemble

# EXHIBIT 9

FILED
3/29/2022 11:56 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Madison Gamache
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 42 of 60

# TEXAS TRANSPORTATION COMMISSION
# CHAIRMAN'S CERTIFICATE

### NO. 2021CI17775

| | | |
|---|---|---|
| NICOLE ZUNIGA | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 407TH JUDICIAL |
| | § | |
| JOHNNY L. EDSON AND TRUCKMOVERS | § | BEXAR COUNTY, TEXAS |
| INTERNATIONAL, INC. | | |

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW J. Bruce Bugg, Jr., Chairman of the Texas Transportation Commission, and Certifies to the court as follows:

That on September 14, 2021, I was duly served with Citation and copy of Plaintiff's Original Petition and Jury Demand in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7017 2400 0000 6854 0868 addressed to Johnny L. Edson, 2325 Boston, Muskogee, OK 74401 with postage prepaid, return receipt requested;

In witness whereof, this certificate is issued in Austin, Texas, this 14th day of September, 2021.



_____
Chairman, Texas Transportation Commission

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Elisa Smith on behalf of Aizar Karam Jr.
Bar No. 796860
elisa@karamlawfirm.com
Envelope ID: 63051274
Status as of 3/31/2022 8:09 AM CST

Associated Case Party: Nicole Zuniga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Aizar J. Karam | 796860 | akaram@karamlawfirm.com | 3/29/2022 11:56:20 AM | SENT |

Associated Case Party: TRUCKMOVERS.COM INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin Kemble | | benjamin.kemble@akerman.com | 3/29/2022 11:56:20 AM | SENT |
| Taylor Beaver | | taylor.beaver@akerman.com | 3/29/2022 11:56:20 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elisa Smith | | elisa@karamlawfirm.com | 3/29/2022 11:56:20 AM | SENT |

EXHIBIT 10

FILED
4/7/2022 9:36 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 45 of 60

PRIVATE PROCESS

Case Number: 2021CI17775

Nicole Zuniga VS Johnny L Edson ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE 407th DISTRICT COURT
BEXAR COUNTY, TEXAS

CITATION

"THE STATE OF TEXAS"

Directed To:   JOHNNY L EDSON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said ORIGINAL PETITION AND JURY DEMAND was filed on this the 27th day of August, 2021.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 8th day of September, 2021.

AIZAR J KARAM JR
ATTORNEY FOR PLAINTIFF
1722 PECAN AVE
MCALLEN TX 78501-7874



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Alexandra Johnson
Alexandra Johnson, Deputy

---

NICOLE ZUNIGA VS JOHNNY L EDSON ET AL

Case Number: 2021CI17775
407th District Court

**Officer's Return**

I received this CITATION on the 30 day of March, 20 22 at 2:50 o'clock P M. and (X) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND JURY DEMAND the date of delivery endorsed on it to the defendant Johnny L Edson in person on the 5th day of April, 20 22 at 2:50 o'clock P M. at 2325 Boston, Muskogee, OK or ( ) not executed because _____

Fees: _____ Badge/PPS #: 2020-5 Date certification expires: 10/16/2023

Muskogee County, State of Oklahoma County,
Texas

BY:

Tamra Bacon

OR: VERIFICATION OF RETURN (if not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Tamra Bacon _____, my date of birth is 02/09/1973 _____, and my address is 14083 State Hwy 51 PMB 157 Coweta, OK, Wagoner County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wagoner County, State of Texas, on the 5th day of April, A.D. 2022.

Tamra Bacon
Declarant

PRIVATE PROCESS

**Case Number: 2021CI17775**

Nicole Zuniga VS Johnny L Edson ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE 407TH DISTRICT COURT
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **JOHNNY L EDSON**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **ORIGINAL PETITION AND JURY DEMAND** was filed **on this the 27th day of August, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 8th day of September, 2021.

**AIZAR J KARAM JR**
**ATTORNEY FOR PLAINTIFF**
**1722 PECAN AVE**
**MCALLEN TX 78501-7874**

**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Alexandra Johnson**
**Alexandra Johnson, Deputy**

---

NICOLE ZUNIGA VS JOHNNY L EDSON ET AL

Case Number: 2021CI17775
407th District Court

**Officer's Return**

I received this CITATION on the 31 day of MAR, 20 22 at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND JURY DEMAND the date of delivery endorsed on it to the defendant Johnny L. Edson in person on the 31 day of Mar, 20 22 at _____ o'clock ___ M. at _____ or ( ) not executed because _____

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____, County,
Texas C/o Tx Tronportation Commission

BY: _____

OR: VERIFICATION OF RETURN (if not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is Joe Moreno, my date of birth is 8/50, and my address is 2134 Van Josul Edinbug, Tx Hidalgo County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Muskogee County, State of Texas, on the 31 day of Mar, A.D., 2022.
OK

_____
**Declarant**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elisa Smith on behalf of Aizar Karam Jr.
Bar No. 796860
elisa@karamlawfirm.com
Envelope ID: 63350407
Status as of 4/7/2022 11:06 AM CST

Associated Case Party: Nicole Zuniga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Aizar J. Karam | 796860 | akaram@karamlawfirm.com | 4/7/2022 9:36:52 AM | SENT |
| Elisa Smith | | elisa@karamlawfirm.com | 4/7/2022 9:36:52 AM | SENT |

Associated Case Party: TRUCKMOVERS.COM INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin Kemble | | benjamin.kemble@akerman.com | 4/7/2022 9:36:52 AM | SENT |
| Taylor Beaver | | taylor.beaver@akerman.com | 4/7/2022 9:36:52 AM | SENT |

# EXHIBIT 11

FILED
4/7/2022 10:25 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Rogelio Espinosa
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF    Document 1-1    Filed 05/06/22    Page 49 of 60

**CAUSE NO.: 2021CI17775**

| | | |
|---|---|---|
| NICOLE ZUNIGA | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| vs. | § | 407ᵗʰ JUDICIAL DISTRICT |
| | § | |
| JOHNNY L. EDSON, | § | |
| TRUCKMOVERS INTERNATIONAL, INC., | § | |
| TRUCKMOVERS.COM, INC., DEALER'S | § | |
| CHOICE TRUCKAWAY SYSTEM, INC., | § | |
| INDIVIDUALLY AND DBA TRUCKMOVERS | § | |
| AND TRUCKMOVERS, INDIVIDUALLY | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NICOLE ZUNIGA, Plaintiff in the above-entitled and numbered cause, complaining of and against JOHNNY L. EDSON, TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS and TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY, Defendants herein, and for cause of action would respectfully show unto the Court the following:

### I. DISCOVERY PLAN

Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

### II. PARTIES

Plaintiff Nicole Zuniga is an individual who resides in Bexar County, Texas.

Defendant Johnny L. Edson is an individual who resides in Muskogee County, Oklahoma

and has been served but has not filed an answer herein.

Defendant Truckmovers International, Inc. has been served and filed an answer herein.

Defendant Truckmovers.com, Inc. has been served and filed an answer herein.

Defendant Dealer's Choice Truckaway System, Inc., Individually and d/b/a Truckmovers and Truckmovers.com has been served and filed an answer herein.

Defendant Truckmovers is a company doing business in the State of Texas with its principal office in the State of Missouri and has been served and filed an answer herein.

## III. VENUE

Plaintiff would show the Court that venue over this proceeding is proper in Bexar County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code Ann. Section 15.002(1) because all or a substantial part of the events giving rise to the claim occurred in Bexar County, Texas.

## IV. BACKGROUND FACTS

On or about January 16, 2020, Plaintiff was traveling northbound on Interstate Highway 35 near Walzem Road when traffic came to a stop. Defendant Johnny L. Edson was also traveling northbound on Interstate Highway 35 directly behind Plaintiff. Defendant failed to control his speed and violently struck Plaintiff's vehicle sending her vehicle forward crashing into the vehicle in front of her. As a result of the collision, Plaintiff sustained severe injuries and suffered damages.

## V. CAUSES OF ACTION

Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY are vicariously liable for the conduct of their driver, Defendant Johnny L. Edson, under the doctrine of agency and/or respondeat

superior because (1) at the time of the subject collision, said tractor driver was in the course and scope of his employment with TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY and/or (2) under the theory of non-delegable duty because said tractor driver was an employee, either by contract or as a matter of law, pursuant to the Federal Motor Vehicle Safety Regulations (FMCSR) and the Texas equivalent, and for whose conduct Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY are responsible.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY were negligent because they entrusted their tractor to their driver when they knew, or in the exercise of due care, should have known, that the tractor driver was an incompetent and/or unfit driver, thus creating an unreasonable risk of danger to persons and properties on the public streets and highways of Texas.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY were negligent because they hired, and/or retained their driver when they knew, or in the exercise of due care, should have known that their driver was an incompetent and unfit driver. In this regard these defendants

failed to properly vet and train this driver prior to placing him behind the wheel of one of their vehicles.

Furthermore, Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY were negligent because they failed to adequately and/or properly train, supervise, and/or monitor their driver.

Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY as the holder of a U.S. DOT number and an authorization to operate their vehicles under the authority of federal and state law, is subject to the rules and regulations imposed by federal law and the laws of the state of Texas which govern the operation of commercial vehicles, including the vehicle being operated on the occasion of the crash which injured Plaintiff. As the holder of a commercial drivers' license (CDL), Defendants were subject to the rules and requirements imposed by federal and state law which place a higher burden of care on holders of CDLs. Defendants were in violation of federal and state laws which govern the operation of commercial vehicles.

Each of the aforementioned acts or omissions of Defendants TRUCKMOVERS INTERNATIONAL, INC., TRUCKMOVERS.COM, INC., DEALER'S CHOICE TRUCKAWAY SYSTEM, INC., INDIVIDUALLY AND DBA TRUCKMOVERS AND TRUCKMOVERS.COM AND TRUCKMOVERS, INDIVIDUALLY constituted a proximate cause of the collision and of the resulting damages and injuries to Plaintiff.

Defendant Johnny L. Edson, on the occasion in question, was negligent and/or negligent per se in that he operated the subject tractor in a manner for which damages and injuries to Plaintiff were foreseeable. Specifically, this Defendant:

a. failed to control his speed;

b. failed to keep a proper lookout;

c. failed to timely apply his brakes; and

d. failed to maintain proper control of his vehicle; failed to turn his vehicle to avoid the collision.

Defendant Edson's breach of duty proximately caused injury to Plaintiff, which resulted in Plaintiff's damages as set out below.

## VI. CONTRIBUTORY NEGLIGENCE

Plaintiff would show that nothing that she did, or failed to do, in any way contributed to this collision.

## VII. DAMAGES

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer personal injuries. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

1. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

2. Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3. Physical pain and suffering in the past;

4. Physical pain and suffering in the future;

5.      Mental anguish in the past;

6.      Mental anguish in the future;

7.      Physical impairment in the past and future;

8.      Loss of use;

9.      Property damage; and

10.     All other elements of damages that may be shown at the trial of this cause.


## VIII. REQUEST FOR JURY TRIAL

Concurrent with the filing of this First Amended Original Petition, Plaintiff has applied for trial by jury and has tendered the appropriate jury fee required by Tex. R. Civ. P. 216.

## IX. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that Defendants be cited to appear and answer herein and that upon a final trial of this cause, Plaintiff recovers judgment against Defendants for Plaintiff's injuries and damages as set forth above; in an amount over $1,000,000.00; interest on said judgment at the highest legal rate from date of judgment; pre-judgment interest on Plaintiff's damages at the highest legal rate; and, such other and further relief, whether at law or in equity, to which Plaintiff may show herself justly entitled to receive.

Respectfully submitted,

**KARAM LAW FIRM**

By: _____

     Aizar J. Karam, Jr.
     State Bar No. 00796860
     1722 Pecan Avenue
     McAllen, Texas 78501
     Telephone: (956) 630-5700
     Facsimile: (956) 630-5702
     akaram@karamlawfirm.com

     **COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record via certified mail, return receipt requested, facsimile, electronic mail, regular mail and/or hand delivery on this ____7th____ day of April, 2022:

Benjamin G. Kemble
Taylor Beaver
AKERMAN, L.L.P.
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
benjamin.kemble@akerman.com
taylor.beaver@akerman.com

**ATTORNEY FOR DEFENDANTS**

_____
Aizar J. Karam, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elisa Smith on behalf of Aizar Karam Jr.
Bar No. 796860
elisa@karamlawfirm.com
Envelope ID: 63353593
Status as of 4/7/2022 3:50 PM CST

Associated Case Party: Nicole Zuniga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Aizar J. Karam | 796860 | akaram@karamlawfirm.com | 4/7/2022 10:25:06 AM | SENT |
| Elisa Smith | | elisa@karamlawfirm.com | 4/7/2022 10:25:06 AM | SENT |

Associated Case Party: TRUCKMOVERS.COM INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin Kemble | | benjamin.kemble@akerman.com | 4/7/2022 10:25:06 AM | SENT |
| Taylor Beaver | | taylor.beaver@akerman.com | 4/7/2022 10:25:06 AM | SENT |

EXHIBIT 12

FILED
4/27/2022 7:39 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Diego Martinez
Bexar County - 407th District Court

Case 5:22-cv-00440-JKP-RBF   Document 1-1   Filed 05/06/22   Page 58 of 60

## CAUSE NO. 2021-CI-17775

| | | |
|---|---|---|
| **NICOLE ZUNIGA,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **407TH JUDICIAL DISTRICT COURT** |
| **JOHNNY L. EDSON, TRUCKMOVERS** | § | |
| **INTERNATIONAL, INC.,** | § | |
| **TRUCKMOVERS.COM, INC.,** | § | |
| **DEALER'S CHOICE TRUCKAWAY** | § | |
| **SYSTEM, INC., INDIVIDUALLY AND** | § | |
| **DBA TRUCKMOVERS AND** | § | |
| **TRUCKMOVERS, INDIVIDUALLY,** | § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

## DEFENDANT JOHNNY L. EDSON'S ORIGINAL ANSWER

COMES NOW Defendant, **JOHNNY L. EDSON** ("Defendant"), and files this Original Answer in response to Plaintiff's Second Amended Original Petition and Jury Demand, and any subsequent petitions, and respectfully shows the Court the following:

## GENERAL DENIAL

1.      As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant asserts a general denial and request the Court require Plaintiff to prove the charges and allegations against Defendant by a preponderance of the evidence as required by the Constitution and laws of the State of Texas.

## AFFIRMATIVE DEFENSES

2.      Without assuming the burden of proof as to the following (other than any burden imposed by law), Defendant further asserts:

3.      Defendant pleads the proportionate responsibility of Plaintiff in that Plaintiff's own acts or omissions proximately caused or contributed to Plaintiff's injuries and/or damages,

resulting in a reduction of damages pursuant to Chapter 33 of the Texas Civil Practice and Remedies Code.

4.      Defendant is not liable to Plaintiff because Plaintiff's injuries were the result of a new and independent cause and/or the actions of third parties.

5.      Defendant requests that Plaintiff's recovery of medical or health care expenses, if any, be limited to the amount actually paid or incurred by or on behalf of the Plaintiff.  Tex. Civ. Prac. & Rem. Code § 41.0105.

## REQUEST FOR JURY TRIAL

6.      Defendant respectfully requests a trial by jury.

## DESIGNATED E-SERVICE EMAIL ADDRESS

7.      The following are the undersigned attorneys' designated E-Service email addresses for all e-served documents and notices, filed and unfiled, pursuant to Texas Rule of Civil Procedure 21(f)(2) and 21a: benjamin.kemble@akerman.com and taylor.beaver@akerman.com.  This is the undersigned's only E-Service email addresses, and service through any other email address will be considered invalid.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, **JOHNNY L. EDSON,** prays that that Plaintiff take nothing by this suit and Defendant recover his costs and such other and further relief to which Defendant may show himself justly entitled.

Respectfully submitted,

**AKERMAN, L.L.P.**

By: */s/ Benjamin G. Kemble*
Benjamin G. Kemble
State Bar No. 24050864

benjamin.kemble@akerman.com
Taylor R. Beaver
State Bar No. 24092101
taylor.beaver@akerman.com
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
(210) 582-0220 (Phone)
(210) 582-0231 (Fax)
**ATTORNEYS FOR DEFENDANTS
JOHNNY L. EDSON, TRUCKMOVERS
INTERNATIONAL, INC.,
TRUCKMOVERS.COM, INC.,
DEALER'S CHOICE TRUCKAWAY
SYSTEM, INC., INDIVIDUALLY AND
DBA TRUCKMOVERS AND
TRUCKMOVERS, INDIVIDUALLY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys of record by e-service on this 27th day of April, 2022:

Aizar J. Karam, Jr.
KARAM LAW FIRM
1722 Pecan Avenue
McAllen, Texas  7851
Facsimile:  956-630-5702
akaram@karamlawfirm.com


*/s / Benjamin G. Kemble*
Benjamin G. Kemble